**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 04-cv-02232-REB-MJW

SIUSA VAII PAULINE ULIMASAO,

      Plaintiff,

v.

JOHN E. POTTER, Postmaster General, in his official capacity;
UNITED STATES POSTAL SERVICE; and
THE UNITED STATES OF AMERICA,

      Defendants.

---

**ORDER DISMISSING DEFENDANTS**

---

**Blackburn, J.**

      This matter is before me on the motion to dismiss for lack of subject matter jurisdiction filed by defendants the United States Postal Service and the United States of America [#15], on January 21, 2005.  These two defendants argue that this court does not have subject matter jurisdiction over the claims that the plaintiff asserts against them.  In her response to the motion to dismiss, the plaintiff concedes that the defendants' argument is correct.  I agree.

      **THEREFORE, IT IS ORDERED** as follows:

      1) That the motion to dismiss for lack of subject matter jurisdiction filed by defendants the United States Postal Service and the United States of America [#15], on January 21, 2005, is **GRANTED**;

2) That under FED. R. CIV. P. 12(b)(1) the plaintiff's claims against the United States Postal Service and the United States of America are **DISMISSED WITH PREJUDICE** for lack of subject matter jurisdiction;

3) That defendants the United States Postal Service and the United States of America are **DROPPED** from this action; and

4) That the caption of this case is **AMENDED** to show only one named defendant, JOHN E. POTTER, Postmaster General, in his official capacity.

Dated August 4, 2005, at Denver, Colorado.

BY THE COURT:


s/ Robert E. Blackburn
Robert E. Blackburn
United States District Judge