IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 04-CV-02232-REB-MJW

SIUSA VALL PAULINE ULIMASAO,

Plaintiff(s),

v.

JOHN E. POTTER, et al.,

Defendant(s).

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

     It is hereby ORDERED that the Second Joint Motion to Amend the Scheduling Order (docket no. 29) is GRANTED. The deadline to complete discovery is extended to November 8, 2005. The deadline to disclose expert witnesses is extended to October 11, 2005. The deadline to disclose rebuttal expert witnesses is extended to October 25, 2005. The deadline to file dispositive motions is extended to December 12, 2005. The Final Pretrial Conference set on January 11, 2006, at 8:30 a.m. is VACATED and reset to March 2, 2006, at 9:30 a.m. The parties shall submit their proposed Final Pretrial Order to Magistrate Judge Watanabe five (5) days prior to the Final Pretrial Conference consistent with the e-filing requirements of this court.

Date: August 9, 2005