IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 04-cv-02232-REB-MJW

SIUSAVAII PAULINE ULIMASAO,

    Plaintiff,

v

JOHN E. POTTER, Postmaster General, in his official capacity,

    Defendant

## ORDER GRANTING JOINT MOTION TO VACATE AND RESCHEDULE PRETRIAL CONFERENCE
(Docket No. 42)

The Court, having reviewed the Parties' joint motion to vacate and reschedule the pretrial conference, and being fully advised of its premises, hereby GRANTS the motion and orders that the pretrial conference scheduled for March 2, 2006, at 9:30 a.m. is vacated, and rescheduled for June 13, 2006, at 9:00 a.m  The Parties shall submit a Final Pretrial Order five days prior to the pretrial conference.

SO ORDERED this 21st day of February, 2006.

BY THE COURT:

_____
United States Magistrate Judge

MICHAEL J. WATANABE
U.S. MAGISTRATE JUDGE